# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ANTHONY R. RODRIGUE AND
CHELSEA BROOKS

NO.   2022 CW 0605

VERSUS

THE GRAY INSURANCE COMPANY,
WASTEWATER TREATMENT OF
LOUISIANA, INC., ASCENSION
WASTEWATER TREATMENT, INC.,
AND MICHAEL DEAN SWAN

**JULY 5, 2022**

In Re:   Michael Dean Swan, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 129993.

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DISMISSED.** This writ is dismissed pursuant to the motion to dismiss filed by relator, Michael Dean Swan, stating that the parties have reached an agreement as to the issues pending before this court in the writ application and requesting that this court dismiss the writ application.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT